**FILED**

April 29, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **WILMER RICHELMY PEREZ MILA, A# 244 620 718,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **NO. SA-26-CV-01733-OLG** |
| **v.** | § | |
| | § | |
| **WARDEN, Karnes County Immigration Processing Center, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

**O R D E R**

Before the Court is *pro se* Petitioner Wilmer Richelmy Perez Mila's "Motion for Emergency Bond Hearing" in this 28 U.S.C. § 2241 immigration habeas matter. (Dkt. No. 2). Upon review, the Court orders the motion **DENIED**. (*Id.*).

The relief Perez Mila now seeks on an *ex parte* and preliminary basis essentially mirrors the ultimate relief sought on the merits of this already–expedited § 2241 proceeding. (Dkt. Nos. 1, 2). In that posture, this Court and others have denied such motions and proceeded directly to the merits of the habeas petition itself. *See, e.g., Garcia–Aleman v. Thompson*, No. SA-25-CV-886-OLG (W.D. Tex. Oct. 30, 2025) (Order Denying Motion for TRO and Preliminary Injunction, collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because preliminary relief sought was "the same as the relief sought through the habeas petition"), *report and recommendation adopted*, No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court … entertaining an application for a

writ of habeas corpus shall *forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted." (emphasis added)); *Harris v. Nelson*, 394 U.S. 286, 291 (1969) ("[T]he office of the writ is to provide a prompt and efficacious remedy, … [and] must not be allowed to founder in procedural morass." (citation modified)).

**IT IS THEREFORE ORDERED** that Perez Mila's "Motion for Emergency Bond Hearing" (Dkt. No. 2) is **DENIED**.

It is **SO ORDERED**.

**SIGNED** this 29th day of April, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2